Telephone (212) 349-9190

**Martin J. Siegel**
Attorney and Counsellor at Law

*Suite 600*
*170 Broadway*
*New York, NY 10038-4464*
*Fax (212) 349-1451*

Member of the Bar of:
New York
California
District of Columbia

April 7, 2011

Honorable Kiyo A. Matsumoto
US District Court
225 Cadman Plaza
Brooklyn, NY 11201

Dear Judge Matsumoto,

SUBJECT U.S.A V. RUSSO (LOUIS VENTURELLI) 11 CR 30

I am counsel for the defendant Mr. Louis Venturelli.

The present bail conditions set the limits of the defendant's travel conditions to the Southern and Eastern District of New York.

Mr. Venturelli's son is a student at Quinnipiac College in Hamden Connecticut. Further, Mr. Venturelli wishes to travel to New Jersey to visit with friends and family.

I have spoken with Mr. Venturelli's pre trial services officer, Ms. Bianca Carter as well as Elizabeth Geddes, Esq. the Assistant in Charge of this matter. Both Ms. Geddes and Ms. Carter have no objection to this request.

Therefore I request that the Court approve a modification in Mr. Venturelli's bail conditions to allow travel to Hamden Connecticut as well as the State of New Jersey.

Your understanding with this request is gratefully appreciated.

– 2 –                                                                                       April 7, 2011

Respectfully yours,

/S/

MARTIN J. SIEGEL

MJS/gk
cc: Elizabeth Geddes, Esq.
    US Attorney's Office